## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**ARTHUR SAMPSON JR., ET AL.**          **CASE NO.  6:19-CV-00896**

**VERSUS**                              **JUDGE JAMES D. CAIN, JR.**

**USAA CASUALTY INSURANCE CO.**         **MAG. JUDGE WHITEHURST**

## JUDGMENT

Upon consideration of the foregoing Motion to Dismiss [doc. 7]

**IT IS HEREBY ORDERED, ADJUDGED,** and **DECREED** that the motion be

**DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 19th day of February, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**