UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ARTHUR SAMPSON, JR. and<br>CONNIE NICHOLS, Individually and on<br>behalf of others similarly situated | CASE NO.: 6:19-CV-00896 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| USAA CASUALTY<br>INSURANCE COMPANY | MAGISTRATE JUDGE WHITEHURST |

## MOTION FOR STATUS CONFERENCE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Arthur Sampson, Jr., individually and on behalf of others similarly situated, to file this Motion for Status Conference.

On October 6, 2023, the United States Fifth Circuit Court of Appeals vacated the Court's grant of class certification and remanded for consideration of certain issues. Plaintiff requests an in-person status conference with the Court to discuss issues remanded to this Court for further consideration.

**WHEREFORE**, Plaintiff Arthur Sampson, Jr., Individually and on behalf of others similarly situated, respectfully requests that this Motion for Status Conference be granted.

**DATED**:    October 25, 2023

          Respectfully submitted,

          */s/ Stephen B. Murray Jr.*
          Stephen B. Murray, Jr. (#23877)
          Stephen B. Murray, Sr. (#9858)
          Arthur M. Murray (#27694)
          Ruston Pritchard (#38379)
          MURRAY LAW FIRM
          701 Poydras Street, Suite 4250

        New Orleans, Louisiana 70139
Telephone: (504) 525-8100
Facsimile: (504) 584-5249
Email: smurrayjr@murray-lawfirm.com

WHALEY LAW FIRM
J.R. Whaley (#25930)
6700 Jefferson Highway
Building 12, Suite A
Baton Rouge, LA 70806
Telephone: (225) 302-8810

KENNETH D. ST PE, APLC
Kenneth D. St. Pe (#11023)
311 West University Avenue, Ste. A
Lafayette, LA 70506
Telephone: (337) 534-4043

LAW OFFICES OF KENNETH W. DEJEAN
Kenneth W. DeJean (#4817)
P.O. Box 4325
Lafayette, LA 70502
Telephone: (337) 235-5294

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Stephen B. Murray, Jr (#28377), hereby certify that on October 25, 2023, a copy of the above and foregoing was filed electronically with the Clerk of Court for the Western District of Louisiana using the Court's CM/ECF system. A copy of this Motion was contemporaneously served on counsel for all parties by electronic means and notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

        */s/ Stephen B. Murray Jr.*