UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **ARTHUR SAMPSON, JR. and CONNIE NICHOLS, Individually and on behalf of others similarly situated** | **CASE NO.: 6:19-CV-00896** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **USAA CASUALTY INSURANCE COMPANY** | **MAGISTRATE JUDGE WHITEHURST** |

___

**PROPOSED ORDER GRANTING MOTION FOR STATUS CONFERENCE**

**CONSIDERING THE FOREGOING,**

**IT IS ORDERED** that the Motion for Status Conference is **GRANTED**.

A Status Conference will be held on the _____ day of _____, 2023, at _____ A.M. / P.M. in **LAFAYETTE, LOUISIANA**.


**LAFAYETTE, LOUISIANA**, this _____ day of _____, 2023.


_____
JUDGE
