# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

ARTHUR SAMPSON, JR., and LOVELY FEAGINS, individually and on behalf of others similarly situated,

Plaintiffs,

vs.

USAA GENERAL INDEMNITY COMPANY, UNITED SERVICES AUTOMOBILE ASSOCIATION, and USAA CASUALTY INSURANCE COMPANY

Defendant.

CIVIL ACTION NO. 6:19-CV-00896

JUDGE JAMES D. CAIN, JR.

MAGISTRATE CAROL B. WHITEHURST

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Arthur Sampson, Jr., and Lovely Feagins (all Plaintiffs) and Defendants USAA General Indemnity Company, USAA Casualty Insurance Company and United Services Automobile Association (all Defendants), hereby stipulate to the dismissal of this action with prejudice.  The parties will bear their own attorneys' fees, expert fees, related expenses, and costs.

Respectfully submitted,

/s/KENNETH D. ST. PE´

Kenneth D. St. Pé (La. Bar Roll No. 22638)
KENNETH D. ST. PÈ, APLC
311 W. University Avenue, Suite A
Lafayette, Louisiana 70506
Telephone: (337) 534-4043
Kds@stpelaw.com

J. R. Whaley (La. Bar Roll No. 25930)

/s/KEVIN P. ZIMMERMAN

Kevin P. Zimmerman (admitted *Pro Hac Vice*)
Rodger L. Eckelberry (admitted *Pro Hac Vice*)
Mathew G. Drocton (admitted *Pro Hac Vice*)
BAKER & HOSTETLER LLP
200 South Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Telephone:    614-228-1541
Facsimile:    614-462-2616

WHALEY LAW FIRM
6700 Jefferson Highway, Building 12,
Suite A
Baton Rouge, Louisiana 70806
Telephone: (225) 302-8810
jrwhaley@whaleylaw.com


Stephen B. Murray, Jr. (La. Bar Roll No.
23877)
Stephen B. Murray, Sr. (La. Bar Roll No.
9858)
MURRAY LAW FIRM
650 Poydras St., Suite 2150
New Orleans, La 70130
Telephone (504) 525-8100
Smurrayjr@murray-lawfirm.com

Kenneth W. DeJean (La. Bar Roll No. 4817)
LAW OFFICES OF KENNETH W.
DEJEAN
P.O. Box 4325
Lafayette, LA 70502
Telephone (337) 235-5294
kwdejean@kwdejean.com


*Attorneys for Plaintiffs*

Email: reckelberry@bakerlaw.com
       awiltrout@bakerlaw.com
       mdrocton@bakerlaw.com
       kzimmerman@bakerlaw.com


Christopher P. Ieyoub (#16978)
PLAUCHE, SMITH & NIESET
1123 Pithon Street
P.O. Drawer 1705
Lake Charles, LA 70602
Telephone:    337-436-0522
Facsimile:    337-436-9637
Email: cieyoub@psnlaw.com


Jordan A. Sinclair (admitted *Pro Hac Vice*)
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas77002
Telephone:    713-751-1600
Facsimile:    713-751-1717
Email: jsinclair@bakerlaw.com


*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2024, a true and correct copy of the foregoing document was served via ECF on all counsel of record.

/s/ KENNETH D. ST. PE'

Error! Unknown document property name.